**Anthony PETALINO, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 51997.**

Missouri Court of Appeals, Western District.

Aug. 27, 1996.

David Simpson, Public Defender, Columbia, for appellant.

**574**

John M. Morris, Asst. Attorney General, Jefferson City, for respondent.

Before HANNA, P.J., and SMART and EDWIN H. SMITH, JJ.

### ORDER

PER CURIAM:

Anthony Petalino appeals the denial of his Rule 29.15 motion for postconviction relief. He contends the motion court erred in failing to find that his trial counsel was ineffective. The judgment is affirmed.

Petalino's arguments are entirely without merit. There is no precedential value in the publication of an opinion. A memorandum of the reasons for the decision has been provided to the parties. Rule 84.16(b).